**MEMO ENDORSED**



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL



LETITIA JAMES
Attorney General

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

October 27, 2020

(212) 416-8550

**BY ECF, e-mail and U.S. Mail to Plaintiff**
Hon. Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *Amaker v. Lee* (13 Civ. 5292) (NSR)

Dear Judge Román:

    This Office represents the three remaining New York State Department of Corrections and Community Supervision ("DOCCS") Defendants in the above-referenced action. We write on behalf of Plaintiff and Defendants to request that the status conference scheduled for October 30, 2020, be adjourned to a date convenient for the Court after November 30, 2020. The reason for the request is that Plaintiff requires additional time to complete discovery, as the demands of his employment and efforts to move his residence have impeded the prosecution of his remaining claims. Defendants have agreed to accommodate the extension, and note that the pandemic has also complicated the correspondence from DOCCS from which certain documentation has been requested. Accordingly, the parties also request that the time within which to take Plaintiff's deposition be extended until November 30, 2020.

    Thank you for the Court's consideration.

Respectfully submitted,
s/
Michael J. Keane
Assistant Attorney General
michael.keane@ag.ny.gov

cc:   Anthony Amaker (By U.S. Mail and e-mail)
    140 Moore Street / Apt. #7A
    Brooklyn, New York 11206
    amakeranthony27@gmail.com

---

The Court grants the parties' request to adjourn the Status Conf. from Oct. 30, 2020 until Jan. 8, 2021 at 10:30 am. The parties are directed to make any discovery extension request(s) to Magistrate Judge Krause. A copy of this endorsement was not mailed to pro se Pltf as he consented to electronic service. Clerk of Court requested to terminate the motion (doc. 147).
Dated: Oct. 27, 2020

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

28 Liberty Street, New York, N.Y. 10005 ● Phone (212) 416-8550 ● Fax (212) 416-6075 ● Not For Service of Papers
http://www.ag.ny.gov