UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Amaker,

                       Plaintiff,                  **ORDER**

     -against-                    13 Civ. 5292 (NSR)(AEK)

Lieberman, et al.,

                       Defendants.
------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

       At a telephone conference conducted today, the Court extended the discovery deadlines in this action as follows: (1) Plaintiff is to serve Defendants with his second set of interrogatories (depositions by written questions), no more than 25 questions per witness, on or before **January 22, 2021**, with Defendants' responses to be served by on or before **February 23, 2021**; (2) Defendants are to re-serve their responses to Plaintiff's document requests as soon as possible, and Plaintiff is to inform Defendants of any issues he has with those responses on or before **January 22, 2021**; and (3) Defendants are to respond to any issues raised by Plaintiff with respect to their document production and to complete their search for any additional documents responsive to Plaintiff's document requests by no later than **February 23, 2021**.

       **All discovery is to be completed by February 23, 2021.**

       The next telephonic status conference with Magistrate Judge Krause is hereby scheduled for **Thursday, January 28, 2021, at 4:00 p.m.**

       To access the teleconference, please follow these directions: (1) dial the meeting number: (877) 336-1831; (2) enter the access code: 2751700#; and (3) press pound (#) to enter the

2

teleconference as a guest.  Should counsel or Pro Se Plaintiff experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.

The Clerk of the Court is directed to mail a copy of this Order to Pro Se Plaintiff.

Dated: December 22, 2020
White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge