UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Amaker,

                Plaintiff,                      **ORDER**

   -against-                         13 Civ. 5292 (NSR)(AEK)

Lieberman, et al.,

                Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      At a telephone conference conducted on January 28, 2021, the Court set deadlines in this action as follows: (1) Plaintiff is to serve Defendants with a letter, by no later than **February 5, 2021**, which sets forth any outstanding issues that he has with Defendants' discovery responses; (2) by no later than **February 12, 2021**, Defendants are to file a letter, on behalf of all parties, both informing the Court of any discovery issues that the parties have been unable to resolve and updating the Court with respect to Defendants' efforts to locate the transcript and/or tape of Plaintiff's July 2013 disciplinary hearing and the "Ramadan packet" that the Chaplain at Greenhaven Correctional Facility possessed in July 2013; and (3) Defendants are to serve their responses to Plaintiff's depositions by written questions by no later than **February 23, 2021**.

      **The deadline for the completion of all discovery remains February 23, 2021.**

      The next telephonic status conference before Magistrate Judge Krause is hereby scheduled for **Thursday, March 4, 2021, at 4:30 p.m.**

      To access the teleconference, please follow these directions: (1) dial the meeting number: (877) 336-1831; (2) enter the access code: 2751700#; and (3) press pound (#) to enter the

2

teleconference as a guest.  Should counsel or Pro Se Plaintiff experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.

The Clerk of the Court is directed to mail a copy of this Order to Pro Se Plaintiff.

Dated: January 29, 2021
        White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge