**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ANTHONY D. AMAKER,

                Plaintiff,

-against-                                      13 **CIVIL** 5292 (NSR)

**<u>JUDGMENT</u>**

LIEBERMAN, et al.,

                Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 31, 2023, Defendants' motion for summary judgment on Plaintiff's First Amendment claim is GRANTED. Plaintiff's remaining claim is dismissed with prejudice. Judgment is entered in favor of the Defendants; accordingly, the case is closed.

**Dated:** New York, New York

      March 31, 2023

                                                                **RUBY J. KRAJICK**

                                                                 **Clerk of Court**

                              **BY:**       *K. Mango*

                                                                 **Deputy Clerk**